IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13-00109-01-CR-W-HFS |
| ) | |
| ERIC MAUPIN ) | |
| ) | |
| Defendant. ) | |

**ORDER**

For reasons stated in the Report and Recommendation (Doc. 42) and supporting material it is hereby ruled that defendant Maupin is competent to stand trial.

SO ORDERED

                                                         /s/ Howard F. Sachs
                                                         HOWARD F. SACHS
                                                         UNITED STATES DISTRICT JUDGE

December  13 , 2013

Kansas City, Missouri